1  KAREN P. HEWITT
   United States Attorney
2  SANDRA B. RIGGS
   Attorney No. srA5500943
3  Special Assistant U.S. Attorney
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6958
   Facsimile: (619) 557-5004
6  Email: Sandra.Riggs2@usdoj.gov
   Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>1.21 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; AND ANN MARIE HARMONY AND ESTATE OF LOIS M. KEENER, ET AL.<br><br>Defendants. | Case No.: 08cv1263-JLS (LSP)<br><br>NOTICE OF DEPOSIT OF ESTIMATED JUST COMPENSATION |

TO: All Defendants and Other Interested Parties:

NOTICE: You are hereby notified that on July 29, 2008, Plaintiff United States of America deposited estimated just compensation for taking the estate condemned in the amount of Three Thousand Nine Hundred Eighty Seven and No/100 Dollars ($3,987.00) with the Clerk of the Court.

DATED: July 29, 2008

KAREN P. HEWITT
United States Attorney

s/ Sandra Riggs

SANDRA B. RIGGS
Special Assistant U. S. Attorney
Sandra.Riggs2@usdoj.gov
Attorneys for Plaintiff

1 KAREN P. HEWITT
United States Attorney
2 SANDRA B. RIGGS
Attorney No. srA5500943
3 Special Assistant U.S. Attorney
Office of the U.S. Attorney
4 880 Front Street, Room 6293
San Diego, California 92101-8893
5 Telephone: (619) 557-6958
Facsimile: (619) 557-5004
6 Email: Sandra.Riggs2@usdoj.gov
Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>1.21 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; AND ANN MARIE HARMONY AND ESTATE OF LOIS M. KEENER, ET AL.<br><br>Defendants. | Case No.: 08cv1263-JLS (LSP)<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of:

NOTICE OF DEPOSIT OF ESTIMATED JUST COMPENSATION (dated 07/29/08)

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

n/a

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participant on this case:

-see attached service list

the last known address, at which place there is delivery service of mail from the United States Postal Service.

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed on July 29, 2008.

*[signature]*
Tricia R. Lamb

2

SCHEDULE "G"
NAMES AND ADDRESSES OF INTERESTED PARTIES

Ann Marie Harmony
3020 Seville Street
San Diego, California 92110

Unknown spouse of Ann Marie Harmony
Address Unknown

Estate of Lois M. Keener
c/o Ann Marie Harmony
3020 Seville Street
San Diego, California 92110

Unknown spouse of Lois M. Keener
Address Unknown

San Diego Rural Fire Protection District Community
Facilities District No. 04-1
14145 Highway 94
Jamul, CA 91935

Taxation Authority:

County of San Diego
Assessor's Office
1600 Pacific Highway, Room 103
San Diego CA 92101-2429