UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>1.21 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; and ANN MARIE HARMONY and ESTATE OF LOIS M. KEENER, ET AL.<br><br>　　　　　　Defendants. | Case No.:  08cv1263-JLS (LSP)<br><br>APPEARANCE AND DISCLAIMER |

COMES NOW the SAN DIEGO RURAL FIRE PROTECTION DISTRICT COMMUNITY FACILITIES DISTRICT NO. 04-1 (herein "District"),  by and through undersigned counsel, in the above-styled and numbered condemnation proceeding, and enters its appearance herein for all purposes, waive service of all notices, and disclaim any right, title, claim or interest in the compensation paid or to be paid for the taking of the property described in the Complaint and the Declaration of Taking filed herein.

DATED: 19 Aug, 2008

　　　　　　　　　　　　　　　　　　　SAN DIEGO RURAL FIRE PROTECTION DISTRICT
　　　　　　　　　　　　　　　　　　　COMMUNITY FACILITIES DISTRICT NO. 04-1

　　　　　　　　　　　　　　　　　　　By: _____

KAREN P. HEWITT
United States Attorney
SANDRA B. RIGGS
Attorney No. srA5500943
Special Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6958
Facsimile: (619) 557-5004
Email: Sandra.Riggs2@usdoj.gov
Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.: 08cv1263-JLS (LSP) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| 1.21 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; AND ANN MARIE HARMONY AND ESTATE OF LOIS M. KEENER, ET AL. | |
| Defendants. | |

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of:

- APPEARANCE AND DISCLAIMER

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

n/a

    I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participant on this case:

-see attached service list

the last known address, at which place there is delivery service of mail from the United States Postal Service.

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed on August 26, 2008.

*Tricia R. Lamb* (signature)
Tricia R. Lamb

NAMES AND ADDRESSES OF INTERESTED PARTIES

Ann Marie Harmony
3020 Seville Street
San Diego, California 92110

Unknown spouse of Ann Marie Harmony
Address Unknown

Estate of Lois M. Keener
c/o Ann Marie Harmony
3020 Seville Street
San Diego, California 92110

Unknown spouse of Lois M. Keener
Address Unknown

San Diego Rural Fire Protection District Community
Facilities District No. 04-1
14145 Highway 94
Jamul, CA 91935

Taxation Authority:

County of San Diego
Assessor's Office
1600 Pacific Highway, Room 103
San Diego CA 92101-2429

NAMES AND ADDRESSES OF INTERESTED PARTIES

Ann Marie Harmony
3020 Seville Street
San Diego, California 92110

Unknown spouse of Ann Marie Harmony
Address Unknown

Estate of Lois M. Keener
c/o Ann Marie Harmony
3020 Seville Street
San Diego, California 92110

Unknown spouse of Lois M. Keener
Address Unknown

San Diego Rural Fire Protection District Community
Facilities District No. 04-1
14145 Highway 94
Jamul, CA 91935

Taxation Authority:

County of San Diego
Assessor's Office
1600 Pacific Highway, Room 103
San Diego CA 92101-2429