```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,                                                                                                                      )                   |                              |
|---|---|
| Plaintiff,                                                                                                                                      )                  | Case No.: 08cv1263-IEG (AGB) |
| v.                                                                                                                                              )                  | ORDER FOR DELIVERY OF POSSESSION |
| 1.21 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; AND, ANN MARIE HARMONY AND ESTATE OF LOIS M. KEENER, et al. ) |                              |
| Defendants.                                                                                                                                     )                  |                              |

Presently before the Court is the United States' (herein plaintiff) ex parte application for an order for the surrender of the estate described in Schedule E of the Complaint filed herein in, to wit, a perpetual and assignable easement and right of way in, over and across the land described in Schedule C of the Declaration of Taking for the location, construction, operation, maintenance, alteration and replacement of a road and appurtenances thereto; together with the right to trim or remove any vegetative or structural obstacles that interfere with the right of way; subject to minerals and rights appurtenant thereto, and to existing easements for public roads, highways, public utilities, railroads and pipelines; reserving, however, as to the owners, their successors and assigns, the right to use the surface of such land as access to their adjoining land or for any other use consistent with its use as a road.

IT IS HEREBY ORDERED that all defendants to this action and all persons in

1  possession or control of this estate shall surrender it to plaintiff immediately.  Plaintiff shall
2  serve a notice of this order upon all persons in possession or control of the said property
3  forthwith.

6  **DATED: August 26, 2008**

   _____
   **IRMA E. GONZALEZ, Chief Judge**
   **United States District Court**