1  KAREN P. HEWITT
   United States Attorney
2  CHRISTOPHER B. LATHAM
   Assistant U.S. Attorney
3  California State Bar No. 160515
   BRETT NORRIS
4  Assistant U.S. Attorney
   California State Bar No. 224875
5  United States Attorney's Office
   880 Front Street, Room 6293
6  San Diego, California 92101-8893
   Telephone: (619) 557-7147
7  Facsimile:  (619) 557-5004

8  Attorneys for Plaintiff
   United States of America
9

10                UNITED STATES DISTRICT COURT

11                SOUTHERN DISTRICT OF CALIFORNIA

12

13 | THE UNITED STATES OF AMERICA, ) Case No. 08cv1263 IEG (AJB)
14 |                                )
   |                                ) NOTICE OF APPEARANCE
15 |              Plaintiff,         )
   |                                )
16 | v.                              )
   |                                )
17 | 1.21 ACRES OF LAND, MORE OR     )
   | LESS, SITUATE IN SAN DIEGO      )
18 | COUNTY, STATE OF CALIFORNIA;    )
   | and ANN MARIE HARMONY           )
19 | AND ESTATE OF LOIS M. KEENER,   )
   | ET AL.; and OTHER INTERESTED    )
20 | PARTIES,                        )
   |                                )
21 |              Defendants.        )
   |                                )
22 |                                )
   |                                )
23

24 TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

25     I, Christopher B. Latham, enter my appearance as lead counsel in the above-captioned case.

26     I certify that I am admitted to practice in this court or authorized to practice under CivLR

27 83.3.c.3-4.

28 //

1     The following government attorney (who is admitted to practice in this court or authorized to
2 practice under CivLR 83.3.c.3-4) is also associated with this case, should be listed as co-counsel for
3 CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

4     <u>Name</u>

5     Brett Norris
    Assistant U.S. Attorney
6     United States Attorney's Office
    Southern District of California
7     880 Front Street, Room 6293
    San Diego, California 92101-8893
8     619-557-7738
    fax 619-557-5004
9     email: Brett.Norris@usdoj.gov

10     The following government attorney (who is admitted to practice in this court or authorized to
11 practice under CivLR 83.3.c.3-4) is also associated with this case, and should receive <u>all</u> Notices of
12 Electronic Filings relating to activity in this case:

13     <u>Name</u>

14     Tom Stahl
    Assistant U.S. Attorney
15     Chief, Civil Division
    United States Attorney's Office
16     Southern District of California
    880 Front Street, Room 6293
17     San Diego, California 92101-8893
    619-557-7140
18     fax 619-557-5004
    email: Thomas.Stahl@usdoj.gov
19

20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1 | Effective this date, <u>the following attorney is no longer associated with this case</u> and should <u>not</u>
2 | receive any further Notices of Electronic Filings relating to activity in this case:
3 | <u>Name</u>
Sandra B. Riggs
4 | Special Assistant U.S. Attorney
United States Attorney's Office
5 | Southern District of California
880 Front Street, Room 6293
6 | San Diego, California 92101-8893

7 | DATED:   September 9, 2008            Respectfully submitted,

8 | KAREN P. HEWITT
United States Attorney

9 |
10 | <u>s/ Christopher B. Latham</u>

11 | CHRISTOPHER B. LATHAM
Assistant United States Attorney
Attorneys for Plaintiff
12 | United States of America
Email: Christopher.Latham@usdoj.gov

```
 1  KAREN P. HEWITT
    United States Attorney
 2  CHRISTOPHER B. LATHAM
    Assistant U.S. Attorney
 3  California State Bar No. 160515
    BRETT NORRIS
 4  Assistant U.S. Attorney
    California State Bar No. 224875
 5  United States Attorney's Office
    880 Front Street, Room 6293
 6  San Diego, California 92101-8893
    Telephone: (619) 557-7147
 7  Facsimile:  (619) 557-5004

 8  Attorneys for Plaintiff
    United States of America
 9
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | Case No.: 08cv1263-JLS (LSP) |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| v. ) | |
| 1.21 ACRES OF LAND, MORE OR LESS, ) SITUATE IN SAN DIEGO COUNTY, STATE OF ) CALIFORNIA; AND ANN MARIE HARMONY ) AND ESTATE OF LOIS M. KEENER, ET AL. ) ) | |
| Defendants. ) | |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of:

- NOTICE OF APPEARANCE

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

n/a

//

//

1  I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participant on this case:

   -see attached service list

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 9, 2008.

*Tricia R. Lamb* (signature)
Tricia R. Lamb

NAMES AND ADDRESSES OF INTERESTED PARTIES

Ann Marie Harmony
3020 Seville Street
San Diego, California 92110

Unknown spouse of Ann Marie Harmony
Address Unknown

Estate of Lois M. Keener
c/o Ann Marie Harmony
3020 Seville Street
San Diego, California 92110

Unknown spouse of Lois M. Keener
Address Unknown

San Diego Rural Fire Protection District Community
Facilities District No. 04-1
14145 Highway 94
Jamul, CA 91935

Taxation Authority:

County of San Diego
Assessor's Office
1600 Pacific Highway, Room 103
San Diego CA 92101-2429